AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: __12-CV-61380-Scola/Snow__

Robert Bardagy, Derivatively

                Plaintiff

v.

Maurice R. Ferre, et. al

                Defendant

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Charles W. Federico
19435 Peninsula Shores Drive
Cornelius, NC 28031

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

R. Timothy Vannatta, Esq., R. Timothy Vannatta, Esq., P.A., P.O. Box 551660 Ft. Lauderdale, FL 33355

an answer to the complaint which is herewith served upon you, within __Twenty-one (21)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SUMMONS          July 13, 2012
                          DATE

Steven M. Larimore
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: __12-CV-61380-Scola/Snow__

Robert Bardagy, Derivatively

               Plaintiff

v.

Maurice R. Ferre, et. al

               Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Fredric H. Moll
4000 East Denny Blaine Place
Seattle, WA 98112

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

R. Timothy Vannatta, Esq., R. Timothy Vannatta, Esq., P.A., P.O. Box 551660 Ft. Lauderdale, FL 33355

an answer to the complaint which is herewith served upon you, within __Twenty-one (21)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SUMMONS**       __July 13, 2012__
                          DATE

Steven M. Larimore
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **12-CV-61380-Scola/Snow**

Robert Bardagy, Derivatively

            Plaintiff

v.

Maurice R. Ferre, et. al

            Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Fritz L. LaPorte
1260 S.W. 4th Street
Boca Raton, FL 33486

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**July 13, 2012**

R. Timothy Vannatta, Esq., R. Timothy Vannatta, Esq., P.A., P.O. Box 551660 Ft. Lauderdale, FL 33355

an answer to the complaint which is herewith served upon you, within **Twenty-one (21)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SUMMONS**

DATE

S/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **12-CV-61380-Scola/Snow**

Robert Bardagy, Derivatively

                Plaintiff

v.

Maurice R. Ferre, et. al

                Defendant

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

John G. Freund
86 Alejandra Avenue
Atherton, CA 94027

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

R. Timothy Vannatta, Esq., R. Timothy Vannatta, Esq., P.A., P.O. Box 551660 Ft. Lauderdale, FL 33355

an answer to the complaint which is herewith served upon you, within __Twenty-one (21)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SUMMONS**      July 13, 2012
DATE

Steven M. Larimore
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: __12-CV-61380-Scola/Snow__

Robert Bardagy, Derivatively

              Plaintiff

v.

Maurice R. Ferre, et. al

              Defendant

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Mako Surgical Corporation
c/o Registered Agent, Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

R. Timothy Vannatta, Esq., R. Timothy Vannatta, Esq., P.A., P.O. Box 551660 Ft. Lauderdale, FL 33355

an answer to the complaint which is herewith served upon you, within __Twenty-one (21)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SUMMONS      __July 13, 2012__
                         DATE

Steven M. Larimore
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: __12-CV-61380-Scola/Snow__

Robert Bardagy, Derivatively

                Plaintiff

v.

Maurice R. Ferre, et. al
                Defendant

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Maurice R. Ferre
521 S. Mashta Drive
Key Biscayne, FL 33149

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

R. Timothy Vannatta, Esq., R. Timothy Vannatta, Esq., P.A., P.O. Box 551660 Ft. Lauderdale, FL 33355

an answer to the complaint which is herewith served upon you, within __Twenty-one (21)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SUMMONS      July 13, 2012
                            DATE

Steven M. Larimore
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: __12-CV-61380-Scola/Snow__

Robert Bardagy, Derivatively

                Plaintiff

v.

Maurice R. Ferre, et. al

                Defendant

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Richard R. Pettingill
71 Las Casa Drive, Unit 601
San Rafael, CA 94901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

R. Timothy Vannatta, Esq., R. Timothy Vannatta, Esq., P.A., P.O. Box 551660 Ft. Lauderdale, FL 33355

an answer to the complaint which is herewith served upon you, within __Twenty-one (21)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SUMMONS**          July 13, 2012
                           DATE

Steven M. Larimore
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: __12-CV-61380-Scola/Snow__

Robert Bardagy, Derivatively

                Plaintiff

v.

Maurice R. Ferre, et. al

                Defendant

**SUMMONS IN A CIVIL CASE**

TO: (Name and address of defendant)

S. Morry Blumenfeld
550 Grand Street, Apt. J10H
New York, NY 10002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

R. Timothy Vannatta, Esq., R. Timothy Vannatta, Esq., P.A., P.O. Box 551660 Ft. Lauderdale, FL 33355

an answer to the complaint which is herewith served upon you, within __Twenty-one (21)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SUMMONS**           July 13, 2012
                      DATE

Steven M. Larimore
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: __12-CV-61380-Scola/Snow__

Robert Bardagy, Derivatively

               Plaintiff

v.

Maurice R. Ferre, et. al

               Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

William D. Pruitt
274 Veleros Court, Apt. 21
Coral Gables, FL 33143

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

R. Timothy Vannatta, Esq., R. Timothy Vannatta, Esq., P.A., P.O. Box 551660 Ft. Lauderdale, FL 33355

an answer to the complaint which is herewith served upon you, within __Twenty-one (21)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SUMMONS**        July 13, 2012
                       DATE

Steven M. Larimore
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts